

## COMMONWEALTH VS. GONZALEZ-GOUZALEZ, ISMAEL

**SPENCER DISTRICT COURT**
Filed on **09/01/2015** as **MISDEMEANOR** with **NOT APPLICABLE**
Disposition on **09/25/2015** by **NOT APPLICABLE**
**** NOT AN OFFICIAL COURT RECORD ****

**15-M-00201**

| Parties | 15-M-00201 |
|---|---|

**GONZALEZ-GOUZALEZ, ISMAEL** as **DEFENDANT / RESPONDENT**
DOB: **05/25/1977**   DLN: **G99337450 OPERATOR'S LICENSE - KENTUCKY**   Race: **W**   Sex: **M**   Hispanic: **H**

**Address**
2128 DUNCAN ST
LOUISVILLE KY 40212

**MAHURIN, ED,** as **COMPLAINING WITNESS**

**Address**
KY DEPARTMENT OF FISH AND WILDLIFE

| Charges | 15-M-00201 |
|---|---|

**RIDING ON BOW, ETC WHILE MOTORBOAT UNDERWAY - 235.280**
CHARGE 1 ORIGINAL 0060240
Charged on **08/29/2015** by citation **5I4897292-1**
**PRE-PAYABLE CITATION - PAID** Disposition on **09/25/2015** by **NO TRIAL**
Sentenced on **09/25/2015** fine amount of **$50.00** cost amount of **$163.00**

**NO APPROVED FIRE EXTINGUISHER - 235.200**
CHARGE 2 ORIGINAL 0060100
Charged on **08/29/2015** by citation **5I4897292-2**
**PRE-PAYABLE CITATION - PAID** Disposition on **09/25/2015** by **NO TRIAL**
Sentenced on **09/25/2015** fine amount of **$50.00**

| Documents | 15-M-00201 |
|---|---|

**NOTICE OF HEARING** filed on **09/01/2015**

**VEHICLE INFORMATION** filed on **09/01/2015**
VEHICLE LIC NO => KY0714GD VEHICLE LIC STATE => KY VEHICLE LIC YEAR => 2015 VEHICLE YEAR => 1990 MAKE/MODEL => SONIC 13 COLOR => WHT/BLU/YEL

| Images | 15-M-00201 |
|---|---|

There are no images found for this case.

**** End of Case Number : 15-M-00201 ****



## COMMONWEALTH VS. GONZALEZ, ISMAEL

**JEFFERSON CIRCUIT COURT**
Filed on **04/09/2015** as **CIRCUIT CRIMINAL** with **HON. BARRY WILLETT**
Disposition on **08/15/2016** by **HON. BARRY WILLETT**
**** NOT AN OFFICIAL COURT RECORD ****

**15-CR-000955-003**

| Case Memo | 15-CR-000955-003 |
|---|---|

2-3-16 DD

| Parties | 15-CR-000955-003 |
|---|---|

**GONZALEZ, ISMAEL** as **DEFENDANT / RESPONDENT**
DOB: **05/25/1977**   DLN: **G99337450 OPERATOR'S LICENSE - KENTUCKY**   Race: ******   Sex: **M**   Hispanic: **H**   Eye Color: **BN**   Hair Color: **BK**   Height: **508**   Weight: **150**

Color: **BR** Height: **508** Weight: **150**

| |
|---|
| **Memo** |
| COMPUTERIZED DATA RETURNS LN=GONZALEZ GONZALEZ: NO BAIL DATA (DIR IND) |
| **Bail Bonds** |
| **PERSONAL RECOGNIZANCE** for **$0.00** set on **04/13/2015** |
| **Address** |
| 2128 DUNCAN STREET |
| 141 HARTWELL CT #1 40214 |
| LOUISVILLE KY 40212 |

**EVANS, DANIEL / LMPO,** as **COMPLAINING WITNESS**

| |
|---|
| **Address** |
| LMPD |

**DAHL, FRANK E. III,** as **COMMONWEALTH'S ATTORNEY**

| |
|---|
| **Address** |
| 514 W. LIBERTY ST. |
| LOUISVILLE KY 40202 |

**MASCAGNI, FRANK III** as **ATTORNEY-PRIVATE**

| |
|---|
| **Address** |
| MASCAGNI LAW OFFICE |
| 228 SOUTH SEVENTH STREET |
| LOUISVILLE KY 40202 |

| Charges | 15-CR-000955-003 |
|---|---|

**COMP ENGAGING IN ORGANIZED CRIME-CRIMINAL SYNDICATE - 506.120**
CHARGE 1 ORIGINAL 0702405
Charged on **04/09/2015** by citation **NA**

**DISMISSAL BY MOTION OF PROSECUTOR** Disposition on **08/15/2016** by **NO TRIAL**

**COMP TRAFFIC IN MARIJUANA, > 5 LBS - 1ST OFFENSE - 218A.1421(4)(a)**
CHARGE 2 ORIGINAL 0423215
Charged on **04/09/2015** by citation **NA**

**DISMISSAL BY MOTION OF PROSECUTOR** Disposition on **08/15/2016** by **NO TRIAL**

**COMP *OBS* TICS 3RD DEGREE 1ST OFF (>=20 D.U. DRUG UNSPECIFIED) - 218A.1414**
CHARGE 3 ORIGINAL 0425705
Charged on **04/09/2015** by citation **NA**

**DISMISSAL BY MOTION OF PROSECUTOR** Disposition on **08/15/2016** by **NO TRIAL**

| Documents | 15-CR-000955-003 |
|---|---|

**INDICTMENT** filed on **04/09/2015**

**CORRESPONDENCE** filed on **04/09/2015**
LETTER TO DEFT RE INDICTMENT

**MISCELLANEOUS** filed on **04/09/2015**
DIRECT SUBMISSION

**ORDER OF ARRAIGNMENT - NOT GUILTY PLEA** filed on **04/13/2015**
PC SET FOR 6-24-15 @ 1030 JT SET FOR 2-3-15 @ 9AM ROR

**DISCOVERY** filed on **06/19/2015**
COMMONWEALTH'S RESPONSE TO COURT'SORDER OF ATTACHMENT

**ORDER OF CONTINUANCE** filed on **07/07/2015**
THE PARTIES ARE WORKING TO RESOLVEA DISCOVERY ISSUE INVOLVING THE F ORENSIC EXAMINATION OF THE DEFT IPHONE,PC SET FOR 9-24-15 @ 9AM JT REMAINS 2-3-16 @ 9AM

**ORDER OF CONTINUANCE** filed on **09/28/2015**

| | |
|---|---|
| | PC IS REASWSIGNED TO 12-2-15 @ 2P- M |
| **ORDER OF CONTINUANCE** filed on **12/04/2015** | |
| FINAL PC SET FOR 1-22-16 @ 830AM JT REMAINS 2-3-16 @ 9AM DOW BAIL ROR EVAN'S BAIL 10,000 10% PREV P OSTED, GONZALES ROR MIRANDA DIAZ BAIL ROR WOODS BAIL ROR MIGUEL A PARA ARRELOA ACTIVE BW | |
| **ORDER - OTHER** filed on **01/11/2016** | |
| THE 2-3-16 TRIAL IS CONVERT TO A PC | |
| **ORDER OF CONTINUANCE** filed on **02/05/2016** | |
| DISCOVERY ID NOT COMPLETE, DEFT PARA-ARREOLA HAS AN ACTIVE WARRANT, PC SET FOR 5-18-16 @ 1030AM NO J URY TRIAL SET YET. | |
| **ORDER OF CONTINUANCE** filed on **05/19/2016** | |
| PC IS REASSIGNED TO 8-10-16 @ 1030AM | |
| **ORDER OF CONTINUANCE** filed on **08/15/2016** | |
| UPON MOTION DEFT MARSHALL EVANS ISDISMISSED WITH PREJUDICE. EVAN DI ED ON 3-11-16CW MOTION TO DISMISS ISMEAL GONZALES AND DEFRA M WOOD DISMISED WITHOUT PREJUDICE PC SET FOR 11-15-16 @130PM | |

| Events | 15-CR-000955-003 |
|---|---|

**PRETRIAL CONFERENCE** scheduled for **08/10/2016 10:30 AM** in room **1** with **HON. BARRY WILLETT**

**PRETRIAL CONFERENCE** scheduled for **05/18/2016 10:30 AM** in room **1** with **HON. BARRY WILLETT**

**PRETRIAL CONFERENCE** scheduled for **02/03/2016 09:00 AM** in room **1** with **HON. BARRY WILLETT**

**MOTION HOUR** scheduled for **01/11/2016 08:30 AM** in room **1** with **HON. BARRY WILLETT**

> Motions
>
> - **MOTION - OTHER** filed on **01/06/2016** by **CA**
>   CW'S MOTION TO CONVERT TRIAL DATE TO PRETRIAL CONFERENCE, ORDER TEND

**PRETRIAL CONFERENCE** scheduled for **12/02/2015 02:00 PM** in room **1** with **HON. BARRY WILLETT**

**PRETRIAL CONFERENCE** scheduled for **09/24/2015 09:00 AM** in room **1** with **HON. BARRY WILLETT**

**PRETRIAL CONFERENCE** scheduled for **06/24/2015 10:30 AM** in room **1** with **HON. BARRY WILLETT**

**ARRAIGNMENT** scheduled for **04/13/2015 08:30 AM** in room **1** with **HON. BARRY WILLETT**

| Images | 15-CR-000955-003 |
|---|---|

There are no images found for this case.

**** End of Case Number : 15-CR-000955-003 ****



### *COMMONWEALTH VS. GONZALEZ GONZALEZ, ISMAEL*

**09-T-001527**

**JEFFERSON DISTRICT COURT**
Filed on **01/06/2009** as **TRAFFIC** with **HON. KATIE KING**
Disposition on **02/17/2009** by **HON. KATIE KING**
**** NOT AN OFFICIAL COURT RECORD ****

| Parties | 09-T-001527 |
|---|---|

**GONZALEZ GONZALEZ, ISMAEL** as **DEFENDANT / RESPONDENT**
DOB: **05/25/1977**   DLN: **G99337450 OPERATOR'S LICENSE - KENTUCKY**  Race: **W** Sex: **M** Hispanic: **N** Eye Color: **BN** Height: **510**
Weight: **167**

> Address
>
> 2128 DUNCAN ST
> LOUISVILLE KY 40212

**LACEFIELD, STEPHEN (3RD),** as **COMPLAINING WITNESS**

> Address
>
> LOUISVILLE METRO POLICE DEPT
> 768 BARRET AVE
> LOUISVILLE KY 40204

**GONZALEZ GONZALEZ, ISMAEL** as **ATTORNEY-PRO SE**

| Charges | 09-T-001527 |
|---|---|

**DISREGARDING TRAFFIC CONTROL DEVICE, TRAFFIC LIGHT - 189.231(2)**
    CHARGE 1 ORIGINAL 0001130
    Charged on **12/31/2008** by citation **8L2226741-1**

    **AMENDED DOWN** Disposition on **02/17/2009** by **NO TRIAL**

**IMPROPER EQUIPMENT - 189.020**
    CHARGE 1 AMENDED 0002060
    Charged on **02/17/2009** by citation **8L2226741-1**

    **GUILTY** Disposition on **02/17/2009** by **NO TRIAL**
    Other Payments RIP paid 159, rcpt# 2-123195-A
    Sentenced on **02/17/2009** fine amount of **$25.00** cost amount of **$134.00**

| Documents | 09-T-001527 |
|---|---|

**VEHICLE INFORMATION** filed on **01/06/2009**
    VEHICLE LIC NO => 203HBP VEHICLE LIC STATE => KY VEHICLE LIC YEAR => 2008 VEHICLE YEAR => 2001 MAKE/MODEL => CHEV 01 COLOR => SIL

**NOTICE OF HEARING** filed on **01/27/2009**

**ORDER FOR INSTALLMENT PAYMENTS WITH SHOW CAUSE ORDER** filed on **02/17/2009**

| Events | 09-T-001527 |
|---|---|

**SHOW CAUSE DEFERRED/INSTALLMENT PAYMENT** scheduled for **04/22/2009 12:00 AM** in room **102** with **HON. KATIE KING**

> **Super Memo**
>
> 04/22/2009 DEF NOT PRESENT A RREST WRNT (NOPRT) ACTIVE FTA 5DTS OR PAY $159 RIP 1A 04/2 5/2009 Counter Charge 1A Othe r Payments{RIP paid 159, rcpt# 2-123195-A} Recall Warrant War# @00000672217

**ARRAIGNMENT** scheduled for **02/17/2009 12:00 AM** in room **102** with **HON. KATIE KING**
SCHED DATE: 01/27/2009

> **Super Memo**
>
> 02/17/2009 DEF PRESENT PRO S E POLOFF PRESENT{AM DE} CHG:1 D ISREGARDING TRAFFIC CONTROL DEVICE, TRAFFIC LIGHT; CIT#:8L2226741-1 NO TRIAL AMEND DOWN TO 0002060 ( IMPROPEREQUIPMENT) CHG: 1A IMPROPER EQUIPMENT; CIT#:8L2226741-1 PLEA GUILTY, FINDING - GUILTYN O TRIAL SENTENCE DETAILS - NET AMOUNT $159.00 ) MUST PAY TODA Y$0.00 Must be paid in full by Crt 102 (CT 102)TRAFFIC COURT (ROOM 102) 09:00AM 04/22/2009 or return for Show Cause Install Pay Details

| Images | 09-T-001527 |
|---|---|

**CITATION** filed on **01/12/2009**   Page(s): 1

**** End of Case Number : 09-T-001527 ****

## *COMMONWEALTH VS. GONZALEZ GONZALEZ, ISMAEL*


08-T-068723

**JEFFERSON DISTRICT COURT**
Filed on **09/02/2008** as **TRAFFIC** with **HON. MATTHEW K. ECKERT**
Disposition on **09/26/2008** by **HON. MATTHEW K. ECKERT**
**** NOT AN OFFICIAL COURT RECORD ****

| Parties | 08-T-068723 |
|---|---|

**GONZALEZ GONZALEZ, ISMAEL** as **DEFENDANT / RESPONDENT**
DOB: **05/25/1977**   DLN: **G99337450 OPERATOR'S LICENSE - KENTUCKY** Race: ****** Sex: **M** Hispanic: **H** Eye Color: **BN** Hair Color: **BN** Height: **510** Weight: **167**

> **Address**
>
> 2128 DUNCAN ST.
> LOUISVILLE KY 40212

**BEASLEY, RODERICK (2ND),** as **COMPLAINING WITNESS**

> **Address**
>
> LMPD

| Charges | 08-T-068723 |
|---|---|
| **NO/EXPIRED REGISTRATION PLATES - 186.170** <br> CHARGE 1 ORIGINAL 0004240 <br> Charged on **08/28/2008** by citation **8L1994981-1** <br> **DISMISSED** Disposition on **09/26/2008** by **NO TRIAL** <br> *Corrected* | |

| Documents | 08-T-068723 |
|---|---|
| **VEHICLE INFORMATION** filed on **09/02/2008** <br> VEHICLE LIC NO => 954HGR VEHICLE LIC STATE => KY VEHICLE LIC YEAR => 2008 VEHICLE YEAR => 2002 MAKE/MODEL => CHEVY 01 COLOR => BLU | |

| Events | 08-T-068723 |
|---|---|
| **ARRAIGNMENT** scheduled for **09/26/2008 12:00 AM** in room **002** with **HON. MATTHEW K. ECKERT** | |

| Images | 08-T-068723 |
|---|---|
| **CITATION** filed on **09/02/2008**   *Page(s): 1* | |

**** End of Case Number : 08-T-068723 ****



08-T-053380

### *COMMONWEALTH VS. GONZALEZ GONZALEZ, ISMAEL*

**JEFFERSON DISTRICT COURT**
Filed on **07/10/2008** as **TRAFFIC** with **HON. JOAN ANTOINETTE STRINGER**
Disposition on **09/17/2008** by **HON. JUDITH BARTHOLOMEW**
**** NOT AN OFFICIAL COURT RECORD ****

| Case Memo | 08-T-053380 |
|---|---|
| VIOLTIME = 2121 ARRSTDT = 07/09/2008 | |

| Parties | 08-T-053380 |
|---|---|
| **GONZALEZ GONZALEZ, ISMAEL** as **DEFENDANT / RESPONDENT** <br> DOB: **05/25/1977**   DLN: **G99337450 OPERATOR'S LICENSE - KENTUCKY** Race: **W** Sex: **M** Hispanic: **H** Eye Color: **BN** Hair Color: **BK** Height: **506** Weight: **150** | |
| **Bail Bonds** <br> **PERSONAL RECOGNIZANCE** for **$0.00** set on **07/11/2008** <br> **CASH** for **$1,000.00** set on **07/10/2008** <br> **NO BAIL SET (DEF MAY NOT POST BOND)** for **$0.00** set on **07/09/2008** | |
| **Address** <br> 141 HARTWELL CT #1 <br> LOUISVILLE KY 40214 2419 | |
| **THURMAN, CHRISTOPHER (TRAFF),** as **COMPLAINING WITNESS** | |
| **Address** <br> LMPD | |
| **AIRHART, EDWARD C** as **ATTORNEY-PRIVATE** | |
| **Address** <br> 440 S 7TH ST <br> LOUISVILLE KY 0 | |

| Charges | 08-T-053380 |
|---|---|
| **SPEEDING 26 MPH OVER/GREATER - 189.390** <br> CHARGE 1 ORIGINAL 0000260 | |

Charged on **07/09/2008** by citation **8AI604531-1**

**AMENDED DOWN** Disposition on **09/17/2008** by **NO TRIAL**

**RECKLESS DRIVING - 189.290**

CHARGE 1 AMENDED 0001150

Charged on **09/17/2008** by citation **8AI604531-1**

**GUILTY** Disposition on **09/17/2008** by **NO TRIAL**

*Other Payments*

Sentenced on **10/07/2008** fine amount of **$100.00** cost amount of **$134.00**

**RECKLESS DRIVING - 189.290**

CHARGE 2 ORIGINAL 0001150

Charged on **07/09/2008** by citation **8AI604531-2**

**DISMISSED** Disposition on **09/17/2008** by **NO TRIAL**

*Merge*

**FAILURE TO COMPLY W/HELMET LAW >21 YRS. - 189.285(3)**

CHARGE 3 ORIGINAL 0006180

Charged on **07/09/2008** by citation **8AI604531-3**

**DISMISSED** Disposition on **09/17/2008** by **NO TRIAL**

*Corrected*

**NO MOTORCYCLE OPERATORS LICENSE - 189.285(1)(A)**

CHARGE 4 ORIGINAL 0006250

Charged on **07/09/2008** by citation **8AI604531-4**

**DISMISSED** Disposition on **09/17/2008** by **NO TRIAL**

*Merge*

**FAILURE TO COMPLY W/HELMET LAW >21 YRS. - 189.285(3)**

CHARGE 5 ORIGINAL 0006180

Charged on **07/09/2008** by citation **8AI604532-1**

**DISMISSED** Disposition on **09/17/2008** by **NO TRIAL**

*Corrected*

**IMPROPER DISPLAY OF REGISTRATION PLATES - 186.170**

CHARGE 6 ORIGINAL 0004250

Charged on **07/09/2008** by citation **8AI604532-2**

**DISMISSED** Disposition on **09/17/2008** by **NO TRIAL**

*Corrected*

| Documents | 08-T-053380 |
|---|---|

**VEHICLE INFORMATION** filed on **07/10/2008**

VEHICLE LIC NO => N7725 VEHICLE LIC STATE => IN VEHICLE LIC YEAR => 2008 VEHICLE YEAR => 2008 MAKE/MODEL => KAWA COLOR => GREEN

**SUBPOENA** filed on **07/11/2008**

CW THURMAN, CHRISTOPHER (TRAFF), P-800-6964 `] PtyEntNum=0002`] SchDate=07/31/2008` ] SchRoom=102 `] SchTime=`]

**ORDER FOR INSTALLMENT PAYMENTS WITH SHOW CAUSE ORDER** filed on **09/17/2008**

| Events | 08-T-053380 |
|---|---|

**PROOF** scheduled for **09/17/2008 12:00 AM** in room **102** with **HON. JUDITH BARTHOLOMEW**
*ol*

**PRETRIAL CONFERENCE** scheduled for **07/31/2008 12:00 AM** in room **102** with **HON. JACQUELYN P. ECKERT**
*spo*

**ARRAIGNMENT** scheduled for **07/11/2008 09:00 AM** in room **008** with **HON. JOAN ANTOINETTE STRINGER**

| Images | 08-T-053380 |
|---|---|

**CITATION** filed on **07/10/2008**  *Page(s): 1*

**CITATION** filed on **07/10/2008**  *Page(s): 1*

**** End of Case Number : 08-T-053380 ****



**08-T-052551**

## COMMONWEALTH VS. GONZALEZ GONZALEZ, ISMAEL

**JEFFERSON DISTRICT COURT**
Filed on **07/08/2008** as **TRAFFIC** with **HON. JUDITH BARTHOLOMEW**
Disposition on **07/29/2008** by **HON. JUDITH BARTHOLOMEW**
**** NOT AN OFFICIAL COURT RECORD ****

| Case Memo | 08-T-052551 |
|---|---|

VIOLTIME=22:18

| Parties | 08-T-052551 |
|---|---|

**GONZALEZ GONZALEZ, ISMAEL** as **DEFENDANT / RESPONDENT**
DOB: **05/25/1977**   DLN: **G99337450 OPERATOR'S LICENSE - KENTUCKY**   Race: **W**   Sex: **M**   Hispanic: **H**

**Address**
2128 DUNCAN ST
LOUISVILLE KY 40212

**KOCH, D** as **COMPLAINING WITNESS**

**Address**
KENTUCKY VEHICLE ENFORCEMENT
3545 ROGER E SCHUPP ST.
LOUISVILLE KY 40205

**AIRHART, EDWARD C** as **ATTORNEY-PRIVATE**

**Memo**
am de

**Address**
440 S 7TH ST
LOUISVILLE KY 0

| Charges | 08-T-052551 |
|---|---|

**SPEED 16 MPH OVER (LIMITED ACCESS) - 189.390(5)(B)**
CHARGE 1 ORIGINAL 0000440
Charged on **07/04/2008** by citation **8AI496351-1**

**AMENDED DOWN** Disposition on **07/29/2008** by **NO TRIAL**

**IMPROPER EQUIPMENT - 189.020**
CHARGE 1 AMENDED 0002060
Charged on **07/29/2008** by citation **8AI496351-1**

**GUILTY** Disposition on **07/29/2008** by **NO TRIAL**
*Other Payments PD. $161 1-35683-A*
Sentenced on **07/29/2008** fine amount of **$32.00** cost amount of **$129.00**

| Documents | 08-T-052551 |
|---|---|

**VEHICLE INFORMATION** filed on **07/08/2008**
VEHICLE LIC NO => TEMP VEHICLE LIC STATE => IN VEHICLE LIC YEAR => 2008 VEHICLE YEAR => 2008 MAKE/MODEL => KAWASAKI (JAPAN)/NI NCOLOR => GREEN

**ORDER FOR INSTALLMENT PAYMENTS WITH SHOW CAUSE ORDER** filed on **07/29/2008**

| Events | 08-T-052551 |
|---|---|

**ARRAIGNMENT** scheduled for **07/29/2008 09:00 AM** in room **102** with **HON. JUDITH BARTHOLOMEW**

| Images | 08-T-052551 |
|---|---|
| **CITATION** filed on **07/04/2008**   *Page(s): 2* | |

**** End of Case Number : 08-T-052551 ****



### COMMONWEALTH VS. GONZALEZ GONZALEZ, ISMAEL

**JEFFERSON DISTRICT COURT**
Filed on **06/20/2008** as **TRAFFIC** with **HON. JUDITH BARTHOLOMEW**
Disposition on **08/07/2008** by **HON. JUDITH BARTHOLOMEW**
**** NOT AN OFFICIAL COURT RECORD ****

08-T-048817

| Parties | 08-T-048817 |
|---|---|

**GONZALEZ GONZALEZ, ISMAEL** as **DEFENDANT / RESPONDENT**
DOB: **05/25/1977**   DLN: **G99337450 OPERATOR'S LICENSE - KENTUCKY**  Race: **W** Sex: **M** Hispanic: **H** Eye Color: **BN** Hair Color: **BK**
Height: **508** Weight: **167**

**Address**
2128 DUNCAN ST
LOUISVILLE KY 40212 2419

**PARCUS, KENNETH (3RD),** as **COMPLAINING WITNESS**

**Address**
LOUISVILLE METRO POLICE DEPT
768 BARRET AVE
LOUISVILLE KY 40204

**AIRHART, EDWARD C** as **ATTORNEY-PRIVATE**

**Address**
440 S 7TH ST
LOUISVILLE KY 0

| Charges | 08-T-048817 |
|---|---|

**NO/EXPIRED REGISTRATION PLATES - 186.170**
CHARGE 1 ORIGINAL 0004240
Charged on **06/18/2008** by citation **8L2072621-1**

**DISMISSED** Disposition on **08/07/2008** by **NO TRIAL**
*Stip Prob Cause*

**FAILURE OF NON-OWNER OPERATOR TO MAINTAIN REQ INSURANCE, 1ST - 304.99-060**
CHARGE 2 ORIGINAL 0004820
Charged on **06/18/2008** by citation **8L2072621-2**

**DISMISSED** Disposition on **08/07/2008** by **NO TRIAL**
*Valid*

| Documents | 08-T-048817 |
|---|---|

**VEHICLE INFORMATION** filed on **06/20/2008**
VEHICLE LIC NO => 025JCN VEHICLE LIC STATE => KY VEHICLE LIC YEAR => 2008 VEHICLE YEAR => 1997 MAKE/MODEL => CHEV 01 COLOR => MAR

**SUBPOENA** filed on **07/10/2008**
CW PARCUS, KENNETH (3RD), P-800-7566 `] Pt yEntNum=0002`] SchDate=08/07/2008` ] SchRoom=102 `] SchTime=`]

| Events | 08-T-048817 |
|---|---|

**PRETRIAL CONFERENCE** scheduled for **08/07/2008 12:00 AM** in room **102** with **HON. JUDITH BARTHOLOMEW**
*spo*

**ARRAIGNMENT** scheduled for **07/10/2008 12:00 AM** in room **102** with **HON. JUDITH BARTHOLOMEW**

# COMMONWEALTH OF KENTUCKY
# UNIFORM CITATION

KSP 206 (REV 2/1/06)

☐ JUVENILE OFFENDER

**AGENCY:** LOUISVILLE METRO POLICE DEPARTMENT  
**ORI:** KY 0568000

**OFFENDER / VIOLATOR**

- NAME (L-F-M): Gonzalez Gonzalez Ismael
- ALIAS:
- ADDRESS: 2128 Duncan St
- CITY: Louisville  STATE: KY  ZIP: 40212
- I.D. TYPE/STATE: OL KY  I.D. NUMBER: G99 337 450
- DATE OF BIRTH: 05 25 77
- SEX: ☒ MALE  ☐ FEMALE
- RACE: ☒ WHITE  ☐ BLACK  ☐ AM. INDIAN OR ALASKAN  ☐ ASIAN
- ETHNIC ORIGIN: ☒ HISPANIC  ☐ NON HISPANIC
- PLACE OF EMPLOYMENT / OCCUPATION: Self Employed

**VEHICLE**

- VEH. MAKE: Chev
- VEH. TYPE: 01
- VEH. YEAR: 01
- COLOR TOP/BOTTOM: Silver
- ALCOHOL/DRUG INVOLVEMENT: ☐ NO  ☐ YES  ☐ UNK
- REG. STATE: KY
- REG. YEAR: 08
- REGISTRATION NO.: 203 HBP
- VEHICLE IDENTIFIERS: Suburban

**DATE / TIME**

- VIOLATION DATE: 12 31 08
- VIOLATION TIME: 2201
- EXACT LOCATION OF VIOLATION/ARREST: Poplar Level // Indian Trail
- MILES: IN
- DIRECTION: —
- CITY: L
- COUNTY OF VIOLATION: J

**CHARGE(S)**

| VIOLATION CODE | ASCF | STATUTE / ORD. | CHARGES | # |
|---|---|---|---|---|
| 00113 | | 189.231(R) | DTCA | 1 |

**COURT**

- COURT DATE: 01 27 09
- COURT TIME: 0900 ☐ AM ☐ PM ☐ PAYABLE ☒ COURT
- COURT LOCATION: 600 W. Jefferson

**POST-ARREST COMPLAINT**

Subject was observed making a left turn against a red light @ above location.

**CDL**

- CDL LICENSE: ☒ No  ☐ Yes
- COMMERCIAL VEHICLE: ☒ No  ☐ Yes
- PLACARDED HAZARDOUS VEHICLE: ☒ No  ☐ Yes
- CDL CLASS: ☐ A  ☐ B  ☐ C

**CASE**

- CASE NO.:
- CARRIED FOR UCR BY CONTRIBUTOR: ☒
- OTHER AGENCY: ☒ SPECIFY
- OFFICER'S SIGNATURE: X
- BADGE / I.D. NUMBER: 7758
- ASSIGNMENT: 632B

YEAR: 08  
CONTROL NUMBER: L22674

NOT OFFICIAL DOCUMENT  
08/28/2017 03:03:57 PM  
mazzolichlaw@aol.com  
2134